**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AUTOMOBILE MECHANICS' LOCAL NO. 701 UNION AND INDUSTRY PENSION FUND, | ) ) NO. 15-cv-10801 |
| Plaintiff, | ) ) JUDGE: |
| vs. | ) ) MAGISTRATE JUDGE: |
| SAFEWAY, INC. d/b/a DOMINICK'S FINER FOODS, LLC, a Delaware Corporation; and DOMINICK'S FINER FOODS, LLC, a Delaware Limited Liability Company, | ) ) ) ) ) |
| Defendants. | ) |

**COMPLAINT**

NOW COMES the Plaintiff, the AUTOMOBILE MECHANICS' LOCAL NO. 701 UNION AND INDUSTRY PENSION FUND ("PENSION FUND"), by and through its attorneys, JOHNSON & KROL, LLC, complaining of the Defendants SAFEWAY, INC. d/b/a DOMINICK'S FINER FOODS, LLC and DOMINICK'S FINER FOODS, LLC (collectively "DOMINICK'S"), and in support allege as follows:

**JURISDICTION AND VENUE**

1.  This action arises under Sections 502 and 515 of the Employee Retirement Income Security Act (hereinafter referred to as "ERISA"). The Court has jurisdiction over the subject matter of this action pursuant to 29 U.S.C. §§1132 and 1145.

2.  Venue is proper in this Court pursuant to 29 U.S.C. §1132(e)(2) in that the PENSION FUND is administered at 361 S. Frontage Road, Suite 100, Burr Ridge, Illinois 60527 and pursuant to 28 U.S.C. §1391(b)(2) in that a substantial part of the events or omission giving rise to Plaintiff's claims occurred in the Northern District of Illinois, Eastern Division.

## PARTIES

3. The PENSION FUND receives contributions from numerous employers pursuant to various collective bargaining agreements between the employers and the Automobile Mechanics' Local 701, International Association of Machinists and Space Workers, AFL-CIO, of Chicago and vicinity ("UNION"), and therefore is a multi-employer plan under 29 U.S.C. §1002.

4. Pursuant to 29 U.S.C. §§1132(a)(3) and 1145, the PENSION FUND is authorized to bring this action on behalf of their participants and beneficiaries for the purpose of collecting unpaid contributions.

5. The UNION is the bargaining representative of Defendant DOMINICK'S bargaining unit employees.

6. The Defendant DOMINICK'S FINER FOODS, LLC is a Delaware Limited Liability Company with its principal place of business located in Wilmington, Delaware.

7. The Defendant SAFEWAY, INC. d/b/a/ DOMINICK'S FINER FOODS, LLC is a Delaware Corporation with its principal place of business located in Pleasanton, California.

## COUNT I
## BREACH OF CONTRACT

8. Plaintiff re-alleges and incorporates the allegations contained in paragraphs 1-7 of this Complaint with the same force and effect as if fully set forth herein.

9. DOMINICK'S is an employer engaged in an industry affecting commerce which agreed to be bound by the terms of two (2) Collective Bargaining Agreements ("CBAs") in 2011.

10. DOMINICK'S also entered into a Participation Agreement wherein it agreed to be bound to the terms of the PENSION FUND's Agreements and Declarations of Trust (hereinafter

referred to as the "Trust Agreement"). (A copy of the Participation Agreement is attached as Exhibit 1).

11. Pursuant to provisions of the CBAs, Participation Agreement and Trust Agreement, DOMINICK'S is required to make monthly reports of the number of weeks worked by Covered Employees and pay contributions to the PENSION FUND for each week that a Covered Employee performs any work at the negotiated rate set forth in the CBAs. The monthly reports and contributions during all relevant times were due on or before the 10th day of the calendar month following the calendar month during which the work was performed.

12. Pursuant to Section 502(g)(2) of ERISA, and the provisions of the CBAs and Trust Agreement, employers who fail to submit their monthly reports and contributions to the PENSION FUND on a timely basis are responsible for the payment of liquidated damages equal to 10% of the amount unpaid, plus interest at a rate of 1% per month, and any reasonable attorney's fees and costs of maintaining suit.

13. The PENSION FUND's auditor conducted two (2) payroll compliance audits of DOMINICK'S for the period of January 1, 2011 through April 30, 2014, which revealed that DOMINICK'S failed to pay a total of $10,551.00 in contributions to the PENSION FUND. (Copies of the Audit Reports are attached as Exhibit 2).

14. As a result of the unpaid contributions, DOMINICK'S owes $1,055.10 in liquidated damages and interest of $1,983.88 through June 9, 2015, plus any additional interest that may accrue.

15. Plaintiff has been required to employ the undersigned counsel to collect the monies that are due and owing from DOMINICK'S.

16. Plaintiff has complied with all conditions precedent in bringing this suit.

17. DOMINICK'S is obligated to pay the reasonable attorney's fees and court costs incurred by the Plaintiff pursuant to the CBAs, the Trust Agreement, and 29 U.S.C. §1132(g)(2)(D).

**WHEREFORE**, the Plaintiff respectfully requests:

A. That Judgment be entered in favor of Plaintiff and against DOMINICK'S in the amount of $10,551.00 for unpaid contributions to the PENSION FUND;

B. That Judgment be entered in favor of Plaintiff and against DOMINICK'S for liquidated damages in the amount of $1,055.10 and interest in the amount of $1,983.88, plus any additional interest, as a result of its failure to timely pay contributions;

C. That DOMINICK'S be ordered to pay the reasonable attorney's fees and costs incurred by the Plaintiff pursuant to the CBAs, Trust Agreement, and 29 U.S.C. §1132(g)(2)(D); and

D. That Plaintiff has such other and further relief as the Court may deem just and equitable all at the DOMINICK'S cost, pursuant to 29 U.S.C. §1132(g)(2)(E).

Respectfully Submitted,

**AUTOMOBILE MECHANICS' LOCAL NO. 701 UNION AND INDUSTRY PENSION FUND**

/s/ Jeffrey A. Krol – 6300262
One of Plaintiff's Attorneys

Jeffrey A. Krol
JOHNSON & KROL, LLC
300 S. Wacker Drive, Suite 1313
Chicago, Illinois 60606
(312) 372-8587